IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES DENT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:17-CV-01356-MAB |
| | ) |
| JEFFREY M. DENNISON, ET AL., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on March 25, 2021, Defendants Jeffrey M. Dennison, John Baldwin, and Brett Neighbors' motion for summary judgment was granted (Doc. 99), and Plaintiff's claims against Defendants were **DISMISSED with prejudice**.

Judgment is entered in favor of Defendants Dennison, Baldwin, and Neighbors and against Plaintiff. Plaintiff shall recover nothing and this action is **DISMISSED in its entirety**.

DATED: March 25, 2021

                                        **MARGARET M. ROBERTIE,**
                                        **Clerk of Court**

                                        BY:  _/s/ Jennifer Jones_
                                                  **Deputy Clerk**

APPROVED:   /s/ Mark A. Beatty
            **MARK A. BEATTY**
            **United States Magistrate Judge**